IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00041-MP-AK

QUINTON MCCLENDON,

    Defendant.

_____/

### O R D E R

This matter is before the Court on defendant's Motion for Specific Performance, Doc. 550. In order to rule on this issue, the Government is instructed to file a responsive pleading on this matter by Monday, May 15, 2006.

**DONE AND ORDERED** this  *13th* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge